# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  DAVID J. BROWN & STEPHANIE J. BROWN  Case Number: 07-72372
9232 BALDWIN DRIVE                SSN-xxx-xx-4353 & xxx-xx-0064
MACHESNEY PARK, IL  61115

Case filed on:  10/2/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $200.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BALSLEY & DAHLBERG LLP | 1,000.00 | 1,000.00 | 22.00 | 0.00 |
|  | Total Legal | 1,000.00 | 1,000.00 | 22.00 | 0.00 |
| 999 | DAVID J. BROWN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 2,950.00 | 500.00 | 0.00 | 0.00 |
| 002 | CITIZENS FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | GREAT AMERICAN FINANCE | 1,416.40 | 716.00 | 45.40 | 26.60 |
| 004 | HEIGHTS FINANCE | 1,589.00 | 1,000.00 | 48.55 | 44.46 |
| 005 | US BANK NA | 5,459.65 | 5,459.65 | 0.00 | 0.00 |
|  | Total Secured | 11,415.05 | 7,675.65 | 93.95 | 71.06 |
| 001 | AMERICAN GENERAL FINANCE | 336.47 | 2,786.47 | 0.00 | 0.00 |
| 002 | CITIZENS FINANCE | 13,869.79 | 13,869.79 | 0.00 | 0.00 |
| 003 | GREAT AMERICAN FINANCE | 206.16 | 906.56 | 0.00 | 0.00 |
| 004 | HEIGHTS FINANCE | 0.00 | 589.00 | 0.00 | 0.00 |
| 006 | ADAMS & MORSE ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ALL CREDIT LENDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ROUNDUP FUNDING LLC | 766.10 | 766.10 | 0.00 | 0.00 |
| 010 | JEFFERSON CAPITAL SYSTEMS, LLC | 585.18 | 585.18 | 0.00 | 0.00 |
| 011 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | COMED CO | 932.89 | 932.89 | 0.00 | 0.00 |
| 013 | CORTRUST BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | PREMIER BANKCARD/CHARTER | 277.82 | 277.82 | 0.00 | 0.00 |
| 017 | GEMB / FRED MEYER | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | HSBC BANK N/A | 360.58 | 360.58 | 0.00 | 0.00 |
| 019 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | NICOR GAS | 187.13 | 187.13 | 0.00 | 0.00 |
| 021 | NORTH PARK WATER DISTRICT | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | HSBC BANK N/A | 388.48 | 388.48 | 0.00 | 0.00 |
| 023 | PRESIDIO / CM | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | SALUTE VISA GOLD (SP) | 497.48 | 497.48 | 0.00 | 0.00 |
| 025 | STATE COLLECTION SERVICE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | BELOIT CLINIC | 460.00 | 460.00 | 0.00 | 0.00 |
| 027 | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | VICTORIAS SECRET | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | B-REAL LLC | 842.48 | 0.00 | 0.00 | 0.00 |
| 031 | PREMIER BANKCARD/CHARTER | 302.20 | 302.20 | 0.00 | 0.00 |
|  | Total Unsecured | 20,012.76 | 22,909.68 | 0.00 | 0.00 |
|  | Grand Total: | 32,427.81 | 31,585.33 | 115.95 | 71.06 |

Total Paid Claimant:     $187.01
Trustee Allowance:       $12.99           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     0.00          discharging the trustee and the trustee's surety from any and all
                                          liablility on account of the within proceedings, and closing the estate,
                                          and for such other relief as is just.  Pursuant to FRBP, I hereby
                                          certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008            By  /s/Heather M. Fagan